Opinion issued April 17, 2008









In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00245-CV






NATIONAL FAMILY CARE LIFE INSURANCE COMPANY, Appellant


V.


LELIA E. VANN, Appellee






On Appeal from the 239th District Court

Brazoria County, Texas

Trial Court Cause No. 20562*JG02






MEMORANDUM OPINION

 The Court today considered the parties' Agreed Motion to Dismiss Appeal, in
which they state that they have agreed to settle all disputes and request this Court to
render judgment in accordance with their agreement. The motion is granted as
follows:

 (1) The prior judgment of this Court of February 7, 2008, is
withdrawn.


 (2) The trial court's final judgment of January 23, 2006, is set aside.


 (3) Judgment is rendered dismissing this cause with prejudice as to
all parties.

 

 (4) Appellants and the surety on the supersedeas bond posted with
the district clerk in this matter are released.


 (5) All other pending motions are overruled as moot.


 (6) All costs of appeal having been paid by appellant, no execution for cost
shall issue.


PER CURIAM


Panel consists of Chief Justice Radack and Justices Alcala and Bland.